*Friday, November 2, 2001*

## MOTION DOCKET

**01–1940.    State ex rel. Bartone v. Montgomery Cty. Bd. of Elections.**
Montgomery App. No. 19055. This cause is pending before the court as an appeal from the Court of Appeals for Montgomery County. Upon consideration of appellant's motion to impound ballots and/or seal and/or not to certify election results pending disposition of this appeal,

IT IS ORDERED by the court that motion be, and hereby is, denied.

*Monday, November 5, 2001*

## MOTION DOCKET

**01–1951.    State ex rel. Emswiler v. Licking Cty. Bd. of Elections.**
Licking App. No. 01CA98. This cause is pending before the court as an appeal from the Court of Appeals for Licking County. Upon consideration of appellant's motion for injunction pending appeal,

IT IS ORDERED by the court that the motion be, and hereby is, denied.

PFEIFER, J., concurs, noting that relators should seek relief in declaratory judgment and prohibitory injunction.

*Tuesday, November 6, 2001*

## MOTION DOCKET

**85–1616.    State v. Brooks.**
Cuyahoga App. No. 48914. Upon consideration of appellee's motion to set execution date,

IT IS ORDERED by the court that the motion to set execution date be, and the same is hereby, denied.

IT IS FURTHER ORDERED that counsel for the appellant and for the appellee shall notify this court within thirty days of completion of federal proceedings.

**01–1632.    State ex rel. Earls v. Indus. Comm.**
Franklin App. No. 00AP–1201. This cause is pending before the court as an appeal from the Court of Appeals for Franklin County. Upon consideration of appellant's motion for extension of time to file appellant's merit brief in this case pending settlement pursuant to S.Ct.Prac.R. XIV(6)(C),

IT IS ORDERED by the court that the motion for extension of time be, and hereby is, granted, and appellant's merit brief is due on or before January 18, 2002.

**01–1775.    Chin's Pagoda, Inc. v. Ohio Liquor Control Comm.**
Franklin App. No. 01AP–981. On October 25, 2001, this court dismissed this cause for want of prosecution. On November 1, 2001, appellant filed a memorandum in support of jurisdiction that was due October 22, 2001. Whereas S.Ct.Prac.R. XIV(1)(C) prohibits the filing of any document that is not timely,

IT IS ORDERED by the court, *sua sponte,* that appellant's memorandum in support of jurisdiction be, and hereby is, stricken.

**01–1861.    State v. Davie.**
Trumbull App. No. 92–T–4693. This cause is pending before the court as a death penalty *Murnahan* appeal from the Court of Appeals for Trumbull County. Upon consideration of the request for extension of time to transmit the record filed by the Eleventh District Court of Appeals,

IT IS ORDERED by the court that the request for extension of time to transmit the record be, and hereby is, granted, and the time for transmitting the record is extended to January 14, 2002.